# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 9, 2014

### NO. 03-14-00526-CR

**Shannon Caron, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## DISMISSED AS MOOT -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order of adjudication signed by the trial court. Having reviewed the record, the Court concludes that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Because appellant is indigent for purposes of this proceeding, no adjudication of costs is made.